FILED

JUL - 2 2014

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. **4:14CR214 CEJ/SPM** |
| ROBERT E. ROGERS, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Between on or about November 7, 2011 and November 30, 2011, in the Eastern District of Missouri and elsewhere, the defendant,

**ROBERT E. ROGERS,**

voluntarily, intentionally and knowingly stole and converted money and other things of value to his own use to wit: cash and products charged to his U.S. government credit card with the intent to deprive the United States of the use and value of the same.

In violation of Title 18, United States Code Section 641.

### COUNT TWO

The Grand Jury further charges that:

Between on or about December 1, 2011 and December 31, 2011, in the Eastern District of Missouri and elsewhere, the defendant,

**ROBERT E. ROGERS,**

voluntarily, intentionally and knowingly stole and converted more than $1,000 of money and other things of value to his own use to wit: cash and products charged to his U.S. government credit card

with the intent to deprive the United States of the use and value of the same.

In violation of Title 18, United States Code Section 641.

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
Thomas C. Albus, #96250
Assistant United States Attorney